467 A.2d 45

Commonwealth v. Laird, Appellant.

Submitted May 25, 1983. James Richard Antoniono, Assistant Public Defender, for appellant; George R. Kepple, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.